

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00206-CV

**PMSALS 1, LLC**,
Appellant

v.

**ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER L.L.P.** and Jonathan Starr,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17620
Honorable Olin B. Strauss, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, the joint motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED. Costs of the appeal are taxed against the parties who incurred them.

SIGNED October 8, 2014.

_____
Catherine Stone, Chief Justice